

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2014

No. 04-13-00441-CV

**RIO GRANDE H2O GUARDIAN** and Albert Furney Muller, Jr.,
Appellants

v.

**ROBERT MULLER FAMILY PARTNERSHIP LTD**, DBA Robert Muller LTD and Rosetta
Stone, LLC,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVQ001860D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court